UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NICHOLAS ESTRADA, | Case No. 1:18-cv-00667-SAB (PC) |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO STATE A CLAIM |
| v. | |
| NORTH KERN STATE PRISON, et al., | |
| Defendants. | (ECF No. 17) |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Nicholas Estrada is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed his original complaint on May 16, 2018. (ECF No. 1.) Before his original complaint could be screened, Plaintiff filed a first amended complaint on July 20, 2018. (ECF No. 7.) On February 28, 2019, the Court screened Plaintiff's first amended complaint and granted Plaintiff leave to file a second amended complaint. (ECF No. 9.)

After receiving three extensions of time, Plaintiff filed his second amended complaint on July 22, 2019. (ECF No. 16.) On September 23, 2019, the Court screened Plaintiff's second amended complaint and found that Plaintiff failed to state a cognizable claim for relief. (ECF No. 17.) The Court's screening order provided Plaintiff with the pleading and legal standards that

applied to his claims and granted Plaintiff leave to file a third amended complaint within thirty days after service of the order. (ECF No. 17.)

However, Plaintiff has not filed a third amended complaint or otherwise communicated with the Court, and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's September 23, 2019 screening order, failure to prosecute, and failure to state a claim for relief. Plaintiff can comply with this order to show cause by filing a third amended complaint in compliance with the Court's September 23, 2019 screening order. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.</u>

IT IS SO ORDERED.

Dated: __November 8, 2019__

UNITED STATES MAGISTRATE JUDGE